**United States Bankruptcy Court**

**District of Massachusetts**

In re    John Vincent LaMagna
         841 Santuit-Newtown Rd.
         Marstons Mills, MA. 02648

Case No 16-13568

Chapter 13

Debtor

MOTION FOR PERMISSION FROM THIS COURT FOR:
PRO SE DEBTOR TO HIRE AN ATTORNEY AND ADD
ATTORNEY FEES TO CHAPTER 13 PLAN

Now comes chapter 13 debtor John Vincent LaMagna, pro se,
to move this honorable court to please grant permission
to debtor LaMagna to hire an attorney and add attorney's
fees to debtor's five year plan(not yet confirmed).

signed: _____

John V. LaMagna

841 Santuit Newtown Rd.
Marstons Mills, Ma 02648

508 420-1846

dated: Nov. 3, 2016